IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO.: 5:00cr29-SPM/AK

LOTTIE SONJA CALHOUN TIBBITS
a/k/a "Lottie Calhoun,"

    Defendant.
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's report and recommendation (doc. 262) dated June 20, 2007. Defendant has been furnished a copy and she has filed objections (doc. 267). She has also filed a memorandum (doc. 265), motions to compel (docs. 270, 273), and a motion to compel disclosure of grand jury testimony (doc. 263).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made. I find that the report and recommendation should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The magistrate judge's report and recommendation (doc. 262) is

adopted and incorporated by reference in this order.

    2.    Defendant's motion to vacate, set aside, or correct sentence (doc. 253) is denied as untimely.

    3.    Defendant's motions (docs. 263, 270, and 273) are denied.

DONE AND ORDERED this 5th day of May, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge