IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 5:00cr29-SPM/AK

LOTTIE SONJA CALHOUN TIBBITS
a/k/a "Lottie Calhoun,"

    Defendant.
_____/

**ORDER DENYING MOTION FOR WRIT OF CORAM NOBIS**

       Pending before the Court is Defendant Tibbits' Motion for Wit of Coram Nobis. Doc. 264. Coram nobis relief is appropriate only in extraordinary circumstances to correct an error of fundamental character when there is no other relief available and valid reason for pursing relief earlier. <u>Alikhani v. United States</u>, 200 F.3d 732, 734 (11th Cir. 2000). The drug amount issue Tibbits' raises could have been raised on direct appeal and in a motion to vacate under § 2255. Tibbits has not presented a sound reason for her failure to raise the issue earlier and the issue is not of a fundamental character to warrant coram nobis relief. Accordingly, it is

       ORDERED AND ADJUDGED: The Motion for Writ of Coram Nobis (doc.

264) is denied.

DONE AND ORDERED this 5th day of May, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 5:00cr29-SPM/AK